NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-196

DAVID ALBERT, JR., ET AL.

VERSUS

THE CITY OF ALEXANDRIA AND THE ALEXANDRIA CIVIL SERVICE COMMISSION

**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 183,803
HONORABLE DONALD T. JOHNSON, DISTRICT JUDGE

**********

NED E. DOUCET  JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet  Jr., Chief judge, Billie Colombaro Woodard, and Jimmie C. Peters, Judges.

**AFFIRMED.**

Woodard, J., dissents and assigns written reasons.

**Mark E. Falcon**
**Daniel L. Avant**
**Avant & Falcon**
**429 Government Street**
**P.O. Box 2667**
**Baton Rouge, LA 70821-0000**
**Counsel for Plaintiffs/Appellants:**
       **David Albert, et al.**

**Christine Lipsey**
**Leo C. Hamilton**
**Michael Fruge!**
**BREAZEALE, SACHSE & WILSON**
**P. O. Box 3197**
**Baton Rouge, LA 70821**
**Counsel for Defendant/Appellee:**
      **City of Alexandria**


**Howard B. Gist, III**
**GIST, METHVIN, etc.**
**4615 Parliament Drive, Suite 101**
**P. O. Box 1871**
**Alexandria, LA 71309-1871**
**Co-Counsel for Defendant/Appellee:**
      **City of Alexandria**


**Howard N. Nugent, Jr. Esq.**
**Nugent Law Firm**
**330 St. James Street**
**P. O. Box 1309**
**Alexandria, LA 71309-1309**
**Counsel for: Defendant/Appellee:**
      **Alexandria Civil Service Commission**